J. Andrew Coombs (SBN 123881)
Nicole L. Drey (SBN 250235)
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 102
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

andy@coombspc.com
nicole@coombspc.com

Attorneys for Plaintiff
Adobe Systems Incorporated

FILED

2008 AUG 25 P 1: 16

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Adobe Systems Incorporated,

    Plaintiff,

v.

Jeffrey Brooks a/k/a Sean Brooks, MSM, Inc. and Does 1 – 10, inclusive,

    Defendants.

Case No. C08 04044 EMC

NOTICE OF INTERESTED PARTIES

CIVIL LOCAL RULE 3-16(c)(1)

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: August 21, 2008

J. Andrew Coombs, A Professional Corp.

By: _____
J. Andrew Coombs
Nicole L. Drey
Attorney for Plaintiff Adobe Systems Incorporated

ORIGINAL

Adobe v. Brooks: Notice of Interested Parties        - 1 -