AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>USDC Northern District of California<br>280 South 1st Street<br>San Jose, CA 95113 |
|---|---|
| DOCKET NO.<br>08-4044 EMC | DATE FILED<br>8-25-08 | |

| PLAINTIFF | DEFENDANT |
|---|---|
| Adobe Systems Incorporated | Jeffrey Brooks a/k/a Sean Brooks, MSM, Inc. and Does 1 – 10, inclusive, |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See Exhibit A | |
| 2 ☐ | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK<br>RICHARD W. WIEKING | (BY) DEPUTY CLERK<br>GLORIA ACEVEDO | DATE<br>8-25-08 |
|---|---|---|

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy



Adobe Systems Incorporated
COPYRIGHT REGISTRATIONS

| Title of Work | Copyright Registration No. |
|---|---|
| Acrobat 3D | TX0006277233 |
| Acrobat Capture 1.0. | TX0004559023 |
| Acrobat Capture 1.0. | TX0004559023 |
| Acrobat Capture 2.0. | TX0004509574 |
| Acrobat Capture 2.0. | TX0004509574 |
| Acrobat Catalog for Windows. | TX0004001286 |
| Acrobat Catalog for Windows. | TX0004001286 |
| Acrobat Distiller 2.1 for Macintosh. | TX0004169553 |
| Acrobat Distiller 2.1 for Macintosh. | TX0004169553 |
| Acrobat Distiller 2.1 for Microsoft Windows. | TX0004169555 |
| Acrobat Distiller 2.1 for Microsoft Windows. | TX0004169555 |
| Acrobat Distiller for Microsoft Windows. | TX0003893510 |
| Acrobat Distiller for Microsoft Windows. | TX0003893510 |
| Acrobat Exchange 2.0 for Macintosh. | TX0004001287 |
| Acrobat Exchange 2.0 for Macintosh. | TX0004001287 |
| Acrobat Exchange 2.1 for Macintosh. | TX0004169554 |
| Acrobat Exchange 2.1 for Macintosh. | TX0004169554 |
| Acrobat Exchange 2.1 for UNIX. | TX0004231310 |
| Acrobat Exchange 2.1 for UNIX. | TX0004231310 |
| Acrobat Exchange and Acrobat Reader for Macintosh. | TX0003611923 |
| Acrobat Exchange and Acrobat Reader for Macintosh. | TX0003611923 |
| Acrobat Exchange and Acrobat Reader for Windows. | TX0003611922 |
| Acrobat Exchange and Acrobat Reader for Windows. | TX0003611922 |
| Acrobat Reader 2.0 for Windows. | TX0003893506 |
| Acrobat Reader 2.0 for Windows. | TX0003893506 |
| Acrobat Reader 3.0. | TX0004509573 |
| Acrobat Reader 3.0. | TX0004509573 |
| Acrobat Search for Macintosh. | TX0003991344 |
| Acrobat Search for Windows. | TX0003978856 |
| Acrobat Search for Windows. | TX0003978856 |
| Acrobat. | TX0001644799 |
| Adobe Accelio Capture Advanced Client 4.0 for Windows. | TX0005553357 |
| Adobe Accelio Integrate Suite 6.0 for Windows. | TX0005553342 |
| Adobe Acrobat 3.0 for Macintosh, Windows and UNIX. | TX0004583920 |
| Adobe Acrobat 3.0 for Macintosh, Windows and UNIX. | TX0004583920 |
| Adobe Acrobat 4.0. | TX0004961793 |
| Adobe Acrobat 5.0 for Macintosh. | TX0005545266 |
| Adobe Acrobat 5.0 for Windows. | TX0005545265 |
| Adobe Acrobat 5.0 Getting Started Guide. | TX0005545267 |
| Adobe Acrobat 6.0 for Macintosh. | TX0005748744 |
| Adobe Acrobat 6.0 for Windows. | TX0005748745 |
| Adobe Acrobat 7.0 Standard for Macintosh. | TX0006045087 |
| Adobe Acrobat 7.0 Standard for Windows. | TX0006045086 |
| Adobe Acrobat 8 Professional for Macintosh. | TX0006390830 |
| Adobe Acrobat 8 Professional for Windows. | TX0006390827 |
| Adobe Acrobat 8 Standard for Macintosh. | TX0006390829 |
| Adobe Acrobat 8 Standard for Windows. | TX0006390828 |
| Adobe Acrobat Approval 5.0 for Macintosh. | TX0005654837 |
| Adobe Acrobat Approval 5.0 for Macintosh. | TX0005654837 |
| Adobe Acrobat Approval 5.0 for Windows. | TX0005436556 |
| Adobe Acrobat Capture 3.0 source code. | TX0005199559 |
| Adobe Acrobat Connect 1.0 for Macintosh. | TX0006390834 |
| Adobe Acrobat Connect 1.0 for Windows. | TX0006390835 |
| Adobe Acrobat Distiller Server 5.0.5. | TX0005758527 |
| Adobe Acrobat Distiller Server 6.0 for UNIX. | TX0005847807 |
| Adobe Acrobat Distiller Server 6.0 for Windows. | TX0005847832 |
| Adobe Acrobat eBook Reader v. 2.0. | TX0005335249 |
| Adobe Acrobat eBook Reader v. 2.0. | TX0005335250 |
| Adobe Acrobat Elements 1.0 for Windows. | TX0005611299 |
| Adobe Acrobat Elements 6.0 for Windows. | TX0005780821 |
| Adobe Acrobat Elements Server 6.0 for Windows. | TX0005848340 |

Adobe Systems Incorporated
COPYRIGHT REGISTRATIONS

| | |
|---|---|
| Adobe Acrobat Fill in 4.0. | TX0004241942 |
| Adobe Acrobat Inproduction 1.0. | TX0005200942 |
| Adobe Acrobat Inproduction 1.0. | TX0005200942 |
| Adobe Acrobat Messenger 1.0. | TX0005241268 |
| Adobe Acrobat Reader 5.0 for Macintosh. | TX0005412874 |
| Adobe Acrobat Reader 5.0 for Windows. | TX0005412875 |
| Adobe Acrobat Reader 5.0.5 for AIX. | TX0005605114 |
| Adobe Acrobat Reader 5.0.5 for HP-UX. | TX0005605113 |
| Adobe Acrobat Reader 5.0.5 for Solaris. | TX0005617024 |
| Adobe Acrobat Reader 5.05 for Linux. | TX0005617021 |
| Adobe Acrobat Reader 5.1 for Macintosh. | TX0005620676 |
| Adobe Acrobat Reader 5.1 for Windows. | TX0005620677 |
| Adobe Acrobat Reader for Palm OS 1.0 for Windows. | TX0005422793 |
| Adobe Acrobat Reader for Palm OS 2.0 (Macintosh) | TX0005617023 |
| Adobe Acrobat Reader for Palm OS 2.0 (Windows) | TX0005617022 |
| Adobe Acrobat Reader for Palm OS Beta Windows. | TX0005422794 |
| Adobe Acrobat Reader for Pocket PC : Version 1.0. | TX0005489269 |
| Adobe ActiveShare 1.0. | TX0005086423 |
| Adobe ActiveShare 1.5 for Windows. | TX0005267528 |
| Adobe After Effects : 7.0 Professional for Windows. | TX0006277334 |
| Adobe After Effects : Version 5.0 for Macintosh. | TX0005392887 |
| Adobe After Effects : Version 5.0 for Windows. | TX0005438054 |
| Adobe After Effects : Version 5.5 for Macintosh. | TX0005493399 |
| Adobe After Effects : Version 5.5 for Windows. | TX0005493400 |
| Adobe After Effects : Version 6.0 for Macintosh. | TX0005777908 |
| Adobe After Effects : Version 6.0 for Windows. | TX0005777907 |
| Adobe After Effects 3.0 for Macintosh. | TX0004643401 |
| Adobe After Effects 4.0 for Macintosh and Windows. | TX0005011464 |
| Adobe After Effects 5.5 Plug-in Power Pack for MacIntosh. | TX0005546626 |
| Adobe After Effects 5.5 Plug-in Power Pack for Windows. | TX0005546627 |
| Adobe After Effects 6.5 for Macintosh. | TX0005934788 |
| Adobe After Effects 7.0 Standard for Macintosh. | TX0006277333 |
| Adobe After Effects 7.0 Standard for Windows. | TX0006277335 |
| Adobe After Effects CS3 Professional for Windows and Macintosh. | TX0006457851 |
| Adobe After Effects Production Bundle : Version 5.5 for Macintosh. | TX0005493398 |
| Adobe After Effects Production Bundle : Version 5.5 for Windows. | TX0005493401 |
| Adobe After Effects Production Bundle 5.0 for Macintosh. | TX0005392886 |
| Adobe After Effects Production Bundle 5.0 for Windows. | TX0005392888 |
| Adobe After Effects Version 6.5 for Windows. | TX0005934787 |
| Adobe AlterCast 1.5 for Solaris. | TX0005520581 |
| Adobe AlterCast 1.5 for Windows. | TX0005520583 |
| Adobe Atmosphere : Version 1.0 Public Beta. | TX0005401513 |
| Adobe Atmosphere 1.0 for Windows. | TX0005780857 |
| Adobe Atmosphere Player 1.0 for Windows. | TX0005748760 |
| Adobe Audition 1.0 for Windows. | TX0005777207 |
| Adobe Audition 1.5 for Windows. | TX0005932189 |
| Adobe Audition 2.0 for Windows. | TX0006277359 |
| Adobe Audition 3.0 for Windows. | TX0006816095 |
| Adobe Barcoded Paper Forms Solution 1.0 for Macintosh. | TX0005936309 |
| Adobe Captivate 2 for Windows. | TX0006390833 |
| Adobe Carlson Regular. | TX0003374876 |
| Adobe Caslon Alternate Bold Italic : Version 001.000. | TX0003501138 |
| Adobe Caslon Alternate Bold. | TX0003501547 |
| Adobe Caslon Alternate Italic : Version 001.000. | TX0003501139 |
| Adobe Creative Suite 2 Premium for Macintosh. | TX0006131248 |
| Adobe Creative Suite 2 Premium for Windows. | TX0006131245 |
| Adobe Creative Suite 2 Standard for Macintosh. | TX0006131247 |
| Adobe Creative Suite 3 Master Collection for Windows and Macintosh | TX0006457918 |
| Adobe Creative Suite 2 Standard for Windows. | TX0006131246 |
| Adobe Creative Suite for Macintosh. | TX0005844481 |
| Adobe Creative Suite for Windows. | TX0005844480 |
| Adobe Dreamweaver CS3 Professional for Windows and Macintosh | TX0006534561 |

Adobe Systems Incorporated
COPYRIGHT REGISTRATIONS

| | |
|---|---|
| Adobe Exchange 2.0 for Windows. | TX0003961129 |
| Adobe Extension Manager CS3 for Windows and Macintosh. | TX0006531581 |
| Adobe Flash CS3 Professional for Windows and Macintosh. | TX0006531604 |
| Adobe Flash CS3 Professional for Windows and Macintosh. | TX0006531604 |
| Adobe Flash Media Encoder 1.0. | TX0006526716 |
| Adobe Flash Media Encoder 1.0. | TX0006526716 |
| Adobe Flash Player 9 for Linux. | TX0006476523 |
| Adobe Flash Player 9 for Linux. | TX0006476523 |
| Adobe Flash Player 9 for Solaris. | TX0006457897 |
| Adobe Illustrator : Version 5.0.1 (Mac). | TX0003846115 |
| Adobe Illustrator : Version 5.5 (Mac). | TX0003846114 |
| Adobe Illustrator : Version 6.0 Macintosh. | TX0004240043 |
| Adobe Illustrator 10 for Macintosh. | TX0005446858 |
| Adobe Illustrator 10 for Windows. | TX0005446857 |
| Adobe Illustrator 3.0. | TX0003000202 |
| Adobe Illustrator 8.0 for Macintosh and Windows. | TX0004953097 |
| Adobe Illustrator 9.0 for Macintosh and Windows. | TX0005159819 |
| Adobe Illustrator CS for Macintosh. | TX0005780817 |
| Adobe Illustrator CS for Windows. | TX0005780806 |
| Adobe Illustrator CS3 for Windows and Macintosh. | TX0006531603 |
| Adobe Illustrator. | TX0003380406 |
| Adobe PageMaker 6.0 for Macintosh, Power Macintosh. | TX0004093314 |
| Adobe PageMaker 6.5 Macintosh. | TX0004524555 |
| Adobe PageMaker 7.0 for Macintosh. | TX0005409447 |
| Adobe PageMaker 7.0 for Windows. | TX0005409446 |
| Adobe Pagemaker Plug-in Pack for MacIntosh. | TX0005847834 |
| Adobe Pagemaker Plug-in Pack for Windows. | TX0005847833 |
| Adobe Photoshop : 5.5. | TX0005213806 |
| Adobe Photoshop 6.0. | TX0005196369 |
| Adobe Photoshop 7.0 for Macintosh. | TX0005562147 |
| Adobe Photoshop 7.0 for Windows. | TX0005562148 |
| Adobe Photoshop Album 2.0 for Windows. | TX0005780785 |
| Adobe Photoshop CS for Macintosh. | TX0005780846 |
| Adobe Photoshop CS for Windows. | TX0005780847 |
| Adobe Photoshop CS2 for Macintosh. | TX0006131272 |
| Adobe Photoshop CS2 Official JavaScript Reference | TX0006273756 |
| Adobe Photoshop CS3 for Windows and Macintosh. | TX0006528611 |
| Adobe Photoshop Elements : 4.0 for Macintosh. | TX0006277687 |
| Adobe Photoshop Elements 1.0 for Macintosh and Windows. | TX0005329106 |
| Adobe Photoshop Elements 2.0 for Macintosh. | TX0005592639 |
| Adobe Photoshop Elements 2.0 for Windows. | TX0005592638 |
| Adobe Photoshop Elements 4.0 for Windows. | TX0006139024 |
| Adobe Photoshop Lightroom 1.0 for Macintosh and Windows. | TX0006526701 |
| Adobe Photoshop Macintosh. | TX0003551958 |
| Adobe Photoshop Version 3.0 Mac. | TX0003971820 |
| Adobe Photoshop Version 3.0 Windows. | TX0003616850 |
| Adobe Photoshop Version 5.0 Macintosh and Windows. | TX0004856009 |
| Adobe Photoshop Windows. | TX0003596143 |
| Adobe Photoshop. | TX0004068613 |
| Adobe Photoshop. | TX0003120306 |
| Adobe Photoshop. | TX0002897138 |
| Adobe Soundbooth CS3 for Windows and Macintosh | TX0006457903 |
| Adobetype Manager Deluxe 4.6 User Guide : Macintosh. | TX0005176752 |
| Adope PhotoDeluxe, V1.0. | TX0004809739 |
| Adope Photoshop : Version 4.0 : Macintosh and Windows. | TX0004571653 |
| Authorware 7.0 | TX0005800627 |
| Contribute 4 (Mac) | TX0006471404 |
| Designer 6.0 (Win) | TX0005932242 |
| Encore DVD 2.0 | TX0006277348 |
| Font Folio 9.0 (Mac) | TX0005401449 |
| Font Folio Open Type | TX0005845931 |
| Form Manager 6.0 | TX0006042527 |



Adobe Systems Incorporated
COPYRIGHT REGISTRATIONS

| | |
|---|---|
| FreeHand MX (Mac) | TX0005746988 |
| GoLive CS2 (Mac) | TX0006131268 |
| GoLive CS2 (Win) | TX0006131269 |
| Illustrator CS2 (Mac) | TX0006131282 |
| Illustrator CS2 (Win) | TX0006131283 |
| InCopy CS (Mac) | TX0005780859 |
| InCopy CS (Win) | TX0005780858 |
| InDesign CS2 (Mac) | TX0006139165 |
| Macintosh Distiller. | TX0003893508 |
| Macintosh PDF Writer. | TX0003893509 |
| Macintosh Reader. | TX0003893511 |
| Macromedia ColdFusion MX 7 | TX0006201577 |
| Macromedia Dreamweaver MX 2004 | TX0005852659 |
| Macromedia Fireworks MX 2004 | TX0005839595 |
| Macromedia Flash Lite 2.0 | TX0006288632 |
| Macromedia Flash Media Server 2 | TX0006335779 |
| Macromedia Flash MX 2004 Pro | TX0005852657 |
| Macromedia RoboHelp HTML X5 | TX0005944534 |
| Macromedia RoboHelp X5 | TX0005944535 |
| Macromedia Shockwave for Authorware Run-time Version 3.5 [for Macintosh, Power Macintosh, Windows 3.1/95/NT] | TX0004695283 |
| Macromedia Shockwave for FreeHand 5.0 (for Macintosh, Power Macintosh, Windows 3.1/95/NT) | TX0004671697 |
| PhotoDeluxe 2.0 (Mac) | TX0004771678 |
| PhotoDeluxe 2.0 (Win) | TX0004617316 |
| Photoshop CS2 (Win) | TX0006131279 |
| Photoshop Elements 5.0 | TX0006389641 |
| Premiere 7.0 | TX0005777909 |
| Premiere Elements 3.0 | TX0006389647 |
| Premiere Pro 1.5 | TX0005931988 |
| Premiere Pro 2.0 | TX0006275628 |
| Production Studio 1.0 | TX0006277349 |
| Shockwave for Director 5.0. | TX0004700912 |
| Windows PDF Writer. | TX0003893507 |