**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADOBE SYSTEMS INCORPORATED,

          Plaintiff(s),

    v.

JEFFREY BROOKS a/k/a SEAN BROOKS; et al.

          Defendant(s).
_____/

No. C-08-04044 EMC

NOTICE OF IMPENDING
REASSIGNMENT TO A UNITED
STATES DISTRICT COURT JUDGE

        The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

        (X)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

        ()    One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

        Any matters presently set before Magistrate Judge Chen, will be taken off calendar and counsel and/or parties are to contact the courtroom deputy for the reassigned district judge for a new date.

Dated:  August 27, 2008

                    Richard W. Wieking, Clerk
                    United States District Court

                    *Frank Justiliano*
                    By: Frank Justiliano
                    Deputy Clerk

copies mailed to
counsel of record
cc: Intake