**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

_____

www.cand.uscourts.gov

Richard W. Wieking                                                                    General Court Number
Clerk                                                                                              415.522.2000


**August 28, 2008**

**CASE NUMBER:  CV 08-04044 EMC**
**CASE TITLE:  ADOBE SYSTEMS INCORPORATED-v-JEFFREY BROOKS, ET AL.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable Ronald M. Whyte** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **RMW** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 8/28/08

                                                                FOR THE EXECUTIVE COMMITTEE:

                                                                _____*Richard W. Wieking*_____
                                                                                                Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                      Special Projects
Log Book Noted                                              Entered in Computer 8/28/08 ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                    Transferor CSA